| | | | |
|---|---|---|---|
| Com. v. Edmonds .. | 03/23/2016911 MAL (2015) | Denied | Pa.Super., 134 A.3d 109 |
| Com. v. Edwards ... | 03/23/2016469 WAL (2015) | Denied | Pa.Super., 105 A.3d 805 |
| Com. v. Fulmore [8] .. | 03/23/2016622 EAL (2015) | Denied | Pa.Super., 131 A.3d 83 |
| Com. v. Gadson .... | 03/30/2016607 EAL (2015) | Denied | Pa.Super., 133 A.3d 77 |
| Com. v. Gannaway | 03/23/2016932 MAL (2015) | Denied | Pa.Super., 125 A.3d 464 |
| Com. v. Gentile..... | 03/23/2016888 MAL (2015) | Denied | Pa.Super., 131 A.3d 99 |
| Com. v. Gnacinski .. | 03/30/2016501 WAL (2015) | Denied | Pa.Super., 134 A.3d 505 |
| Com. v. Goldblum [9] | 03/23/2016480 WAL (2015) | Denied | Pa.Super., 125 A.3d 469 |
| Com. v. Grace [10] .... | 03/30/2016413 WAL (2015) | Denied | Pa.Super., 134 A.3d 99 |
| Com. v. Grier ...... | 03/23/2016869 MAL (2015) | Denied | Pa.Super., 134 A.3d 97 |
| Com. v. Haberman | 03/23/2016847 MAL (2015) | Denied | Pa.Super., 134 A.3d 101 |
| Com. v. Handlovic.. | 03/23/2016928 MAL (2015) | Denied | Pa.Super., 134 A.3d 485 |
| Com. v. Harvey..... | 03/30/2016817 MAL (2015) | Denied | Pa.Super., 125 A.3d 450 |

**8.** Justice WECHT did not participate in the consideration or decision of this matter.

**9.** Justice WECHT did not participate in the consideration or decision of this matter.

**10.** Justice DONOHUE did not participate in the decision of this matter.